UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RICHARD D. JENKINS, | Civil No. 3:10-849-HA |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

HAGGERTY, District Judge:

Based upon the record, IT IS HEREBY ORDERED AND ADJUDGED that the decision of the Commissioner is based upon the correct legal standards and is supported by substantial evidence in the record. The final decision of the Commissioner denying plaintiff Richard D. Jenkins's application for benefits is AFFIRMED.

IT IS SO ORDERED.

DATED this 26th day of August, 2011.

                                                                        s/ Ancer L. Haggerty  
                                                                         Ancer L. Haggerty  
                                                                     United States District Judge

1-JUDGMENT